UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 24-30316
                                         Originating No.  24CR164

**CHRISTIAN FRIERSON,**

      Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **CHRISTIAN FRIERSON,** to answer to charges pending in another federal district, and states:

1. On **August 1, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Indictment**.  Defendant is charged in that district with violations of **21 U.S.C. § 846, conspiracy to possess with intent to distribute controlled substances.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Thomas Franzinger*
THOMAS FRANZINGER
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 1, 2024